NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOAH MEISENHEIMER,**
*Petitioner*

**v.**

**DEPARTMENT OF COMMERCE,**
*Respondent*

---

2020-2025

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-19-0652-I-1.

---

**JUDGMENT**

---

LAWRENCE BERGER, Mahon & Berger, Esqs., Glen Cove, NY, argued for petitioner.

ANN MOTTO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>June 11, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |